# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORNELE A. OVERSTREET,<br><br>Plaintiff,<br><br>v.<br><br>APEX LINEN SERVICE INC.,<br><br>Defendant. | Case No. 2:17-cv-02923-APG-CWH<br><br>**ORDER GRANTING IN PART MOTION FOR ORDER SHORTENING TIME AND MOTION TO DECIDE PETITION ON THE BRIEFS**<br><br>(ECF Nos. 3, 4) |

Plaintiff Cornele Overstreet, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, filed a Petition for a temporary injunction against defendant Apex Linen Services. ECF No. 1. Overstreet then moved for an order that the injunctive relief it requests in the Petition be granted solely on the basis of the papers submitted, without an evidentiary hearing. ECF No. 3. Overstreet separately moved for an order setting an expedited briefing and hearing schedule on its Petition. ECF No. 4. Defendant Apex Linen Service Inc. opposes. Having read and considered the parties' briefs,

IT IS ORDERED that Overstreet's motion for an order shortening time **(ECF No. 4) is GRANTED in part**. I deny the motion's request for a shortened briefing schedule. The parties shall file their respective response and reply to the Petition in the normal course. However, I grant the motion's request for an expedited hearing, as set forth below.

IT IS FURTHER ORDERED that Overstreet's motion to try petition for temporary injunction on the basis of the administrative record, affidavits, and documentary evidence **(ECF No. 3) is GRANTED in part**. I will conduct an oral argument on whether to grant the Petition for injunctive relief **on January 4, 2018 at 2:30 p.m. in courtroom 6C in Las Vegas**. The

////

////

parties are limited to 10 minutes per side, and no witnesses will be heard.  At that hearing, I will decide whether additional evidence or briefing is needed before I can rule on the Petition.

DATED this 29th day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE