# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORNELE A. OVERSTREET, | Case No. 2:17-cv-02923-APG-CWH |
| Plaintiff, | **ORDER GRANTING MOTION TO SUPPLEMENT** |
| v. | (ECF No. 19) |
| APEX LINEN SERVICE INC., | |
| Defendant. | |

IT IS ORDERED that defendant Apex Linen Service Inc.'s unopposed motion to supplement **(ECF No. 19) is GRANTED**. Any party wishing to supplement the record with evidence and related argument from the administrative proceedings may file a brief with supporting evidence on or before January 24, 2018. No response briefs shall be filed.

DATED this 9th day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE