John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Respondent
Apex Linen Service Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>APEX LINEN SERVICE INC.,<br><br>Respondent. | Case No. 2:17-cv-2923-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEFS**<br><br>Complaint filed: November 21, 2017 |

COMES NOW Respondent, Apex Linen Service Inc. ("Respondent") and Petitioner Cornele A. Overstreet, by and through their undersigned counsel of record, and hereby stipulate and agree that pursuant to the Court's January 22, 2018 Minute Order (ECF No. 26), the parties

/ / /

/ / /

/ / /

/ / /

shall file their Supplemental Briefs no later than January 25, 2018 in light of the end of the government shutdown.

**IT IS SO STIPULATED this 23rd day of January 2018.**

| NAYLOR & BRASTER | COUNSEL FOR THE GENERAL COUNSEL |
|---|---|
| By: */s/ Andrew J. Sharples*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | By: */s/ Nathan Higley*<br>Nathan Higley<br>Nevada Bar No. 11988<br>National Labor Relations Board<br>300 Las Vegas Boulevard South<br>Suite 2-901<br>Las Vegas, NV 89101 |
| *Attorneys for Respondent Apex Linen Service Inc.* | *Attorney for Petitioner Cornele A. Overstreet* |

**ORDER**

**IT IS SO ORDERED.**

Dated: January 23, 2018.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000