Mark A. Hutchison (4639)
Jason D. Guinasso (8478)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
Email: mhutchison@hutchlegal.com
       jguinasso@hutchlegal.com

*Attorneys for Defendant*
*Apex Linen Service Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Plaintiff,<br><br>v.<br><br>APEX LINEN SERVICE INC.,<br><br>Defendant. | CASE NO. 2:17-cv-02923-APG-CWH<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Apex Linen Service Inc. hereby substitutes Hutchison & Steffen, PLLC, 10080 West Alta Drive, Suite 200, Las Vegas, Nevada 89145, Tel: (702) 385-2500, as attorney of record in place and stead of Naylor & Braster.

DATED this _16th_ day of February, 2018.

APEX LINEN SERVICE INC.

By _____
Its _President_
Defendant

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | DATED this 16th day of February, 2018. |
| 3 | NAYLOR & BRASTER |

*/s/ John M. Naylor*

Andrew J. Sharples  JOHN M. NAYLOR
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Defendant*

I am duly admitted to practice in this District.

DATED this 16th day of February, 2018.

HUTCHISON & STEFFEN, PLLC

*/s/ Mark A. Hutchison*

Mark A. Hutchison
Jason D. Guinasso
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

Please check one: ✔ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: February 21, 2018

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -