# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, <br><br> Petitioner <br><br> v. <br><br> APEX LINEN SERVICE INC., <br><br> Respondent | Case No.: 2:17-cv-02923-APG-CWH <br><br> **Order Granting Motion to Vacate Order and Dismiss Petition** <br><br> [ECF No. 54] |

IT IS ORDERED that petitioner Cornele A. Overstreet's motion to vacate order and dismiss petition **(ECF No. 54) is GRANTED**.

IT IS FURTHER ORDERED that my order granting a temporary injunction **(ECF No. 31) is VACATED** because the National Labor Relations Board has issued its final ruling in the underlying matter.

DATED this 10th day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE